

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325


August 6, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, Texas  78711


Re:     Court of Appeals No. 03-14-00797-CV
        Trial Court Cause No. D-1-GN-14-001263
        *Darrell J. Harper vs. State of Texas Commission on Jail Standards, et al.*


Dear Mr. Kyle:

I received your letter dated August 5, 2015, stating the reporter's record is overdue.  I have not been contacted by the appellant to prepare a record.  I have checked the district clerk's file and there is no reporter's record request filed.

I will contact your office for a new due date if I am requested to prepare the reporter's record.

Sincerely,

 */s/ LaDelle Abilez*

LaDelle Abilez